# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## CRIMINAL EXHIBIT LIST

[✓] Detention Hearing  [ ] ~~Motion to Suppress~~  [ ] Non-Jury Trial  [ ] ~~Jury~~ Trial

Case Number CR- 15-8378-MJ    Judge Code ____    Date 09/01/2015

USA v. El Gammal, Ahmed Mohammed

[ ] Government    [✓] Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 5 | 9.1.15 |  | Emails to and from Helen White dated August 21, 2015 through August 24, 2015 |